IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MOHAMAD EZZAT ABOU EL NASR, | : : : |
| Plaintiff, | : : |
| v. | : : |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., | : : : |
| Defendants. | : : |

CIVIL ACTION NO.
1:23-cv-04883-LMM

## ORDER

This matter is before the Court on Defendants' Unopposed Motion to Remand. Dkt. No. [10]. For good cause shown, the Motion is **GRANTED**, and this case is **REMANDED** to U.S. Citizenship and Immigration Services ("USCIS") pursuant to 8 U.S.C. § 1447(b) so that USCIS may issue a decision on Plaintiff's eligibility for United States citizenship. USCIS **SHALL** adjudicate Plaintiff's Application for Naturalization within **30 days** of remand. The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 2nd day of January, 2024.

_/s/ Leigh Martin May_
**Leigh Martin May**
**United States District Judge**